UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| K. C. MERCER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3315 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Plaintiff has filed a Motion for Relief from Order (Doc. No. 39) (the "Motion") seeking relief from this Court's order of August 14, 2017 dismissing her case (Doc. No. 38).

Hearing was held on Defendant's Motion to Dismiss on July 7, 2017. At the hearing, the Court granted dismissal, but deferred entry of its order for 30 days to give the parties one more opportunity to settle. No settlement was reached during that period.

Accordingly, as it had indicated at the hearing on July 7, the Court entered written dismissal. The Motion provides no basis to vacate or otherwise reconsider that dismissal.

The Motion is **DENIED**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 17th day of August, 2017.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1