United States District Court
Southern District of Texas
**ENTERED**
August 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| K. C. MERCER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3315 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff K.C. Mercer brought this suit against Bank of America, N.A. requesting a temporary restraining order, temporary injunction, damages, and a declaratory judgment barring foreclosure claims. (Doc. No. 23.) Plaintiff alleged claims of promissory estoppel, stalking, civil conspiracy, lack of standing to foreclose, trespass to real property, invasion of privacy, breach of contract, intentional interference with a contractual relationship, fraud and deceit, breach of implied covenant of good faith and fair dealing, quiet title, defamation of character, loss of consortium, intentional infliction of emotional distress, and negligent infliction of emotional distress. Plaintiff also alleged claims under the Texas Fair Debt Collection Practices Act, the federal Fair Debt Collection Practices Act, the Texas Civil Practice and Remedies Code, and the Truth in Lending Act.

Defendant Bank of America, N.A. filed a Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support. (Doc. No. 29.) The Court granted this motion and dismissed all of Plaintiff's claims with prejudice on August 14, 2017. (Doc. No. 38).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the

hearing, final judgment is hereby **ENTERED** for Defendant Bank of America, N.A..

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 17th day of August, 2017.

                                        HON. KEITH P. ELLISON
                                        UNITED STATES DISTRICT JUDGE