IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:16-cv-3315

No. 17-20572

K. C. MERCER,

    Plaintiff - Appellant

v.

BANK OF AMERICA, N.A.,

    Defendant - Appellee

A True Copy
Certified order issued Jan 31, 2018

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States District Court
Southern District of Texas
FILED

JAN 31 2018

David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 31, 2018, for want of prosecution. The appellant failed to timely file record excerpts.

The brief also remains insufficient as noted in this court's letter dated December 26, 2017. If appellant moves to reopen the appeal, both record excerpts and a sufficient brief must accompany any motion to reopen this appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christina Gardner*

By: _____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 31, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20572    K. Mercer v. Bank of America, N.A.
                           USDC No. 4:16-CV-3315

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Christina A. Gardner, Deputy Clerk
                                      504-310-7684

cc w/encl:
    Ms. Connie Flores Jones
    Ms. K. C. Mercer